# Fright for Freedom

RECEIVED IN
COURT OF CRIMINAL APPEALS
APR 14 2015
Abel Acosta, Clerk

It's for a man that was wrongfully acused of sexual abuse. It all start in a town called Groueton. They start kill his animals and Burning cross In his yard, and then he went to Jail decid order contemt, which there nothing done about it, then he was arrest agin for said that he told the Judge to kiss his ass, which he did not say and then they came to his house and got him for family voliles, when all he was doing was talk to his doctor for a point, and they thought it was a gun, so that went into my house and got the gun out of my Ex wife's purse and said what are you doing. he still never got any rights ever read, and never told him what he was charger with and nothing was ever done about it. So he decide to left his church, business, cars, family home and then the 2nd time C.P.S. start

July 30, 2013

Dorthy mama call Hazel showaw
Called at 9:54  9:50  948
Dorthy mother said I did what
told u I was going to do  I was going
to get my daughter to set ur Ass
up and she did what I told her
to do your mother fucker. Then
she told me If did leave her alone
she was going to kill my ass at
these times she call priuite.

Uicky Howard                    Aug 20, 2013
will not giue Dwight
his child Back with out going to
Court and get a lawyer
                    12:55
She dont see why the custou order
should Be with the child and he not
in any danger she said he has
right to Be with his mother.

Aug 20, 2013

Mr wilson and Tracy said
that someone tapper with the
case and there was lack of eiudeice
and they were no longer involed
(C.P.S) and was not deal with it
now and not in the fauter.
S: 56.

Texas Dept of Family
and Protective Services

CHILD SAFETY EVALUATION AND PLAN
Plan for Immediate and Short-Term Child Safety

F2604-B000
January 2009

Page    of

**Family Name** Dwight Wolf

**TASKS AND SERVICES**-List all tasks and services needed to provide for the child's immediate and short-term safety.

| Family Task | CPS/Other Service |
|---|---|
| ① Dwight Wolf agrees to take Decorvin for a full body evaluation on Monday. He will ask that they check for a possible sexual assault | CPS will monitor |

**Beginning and Ending Dates (and/or Frequency)** to 3/22/2013 — Exam by

**Beginning and Ending Dates (and/or Frequency)** Monday 3/25/2013

**Method of Evaluation** — Phone calls and visits

**Conclusion**-Identify plans for further services. When appropriate, describe the possible consequences if the family does not carry out this plan successfully. If the case is to be closed, explain why.

Failure to follow the above plan may result in further CPS action up to and including the removal of the child.

**Signatures**-By signing this form, the parents are agreeing to perform the tasks specified in this plan, and applying for Title IV-A emergency assistance to help cover the cost of CPS's services. Note: To function as an application for Title IV-A emergency assistance, this form must be signed by at least one parent or relative of the child.

Parents also agree that this plan does not conflict with any existing court order.

The parents may request a review of this plan at any time. They may also request an administrative review or a fair hearing if CPS denies, reduces, or terminates any protective services or emergency assistance that they have requested, or does not act promptly on their request for services.

| | | | |
|---|---|---|---|
| Dwight Wolf | 3-22.13 | [signature] | 3/22/2013 |
| Signature - Parent | Date | Signature - Worker | Date |
| | | | |
| Signature - Parent | Date | Signature - Supervisor | Date |



TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES

COMMISSIONER
John J. Specia, Jr.

Dwight Arnold Wolf
1940 2ND ST
HEMPSTEAD, TX 77445-7035

Mailing Date: 12/19/2012

Re: Case# 42554984; Notice of Findings of CPS Investigation

Dear Dwight Arnold Wolf :

The Department of Family and Protective Services (DFPS) has completed its investigation of alleged abuse or neglect reported on 11/21/2012 involving one or more children in your family and made the following findings:

| Alleged Perpetrator | Alleged Type of Abuse or Neglect | Alleged Victim | Finding |
|---|---|---|---|
| White,Dorothy D | Neglectful Supv. | Atkins,Sudia A | Ruled Out |
| Wolf,Dwight A | Physical Abuse | Atkins,Sudia A | Ruled Out |
| White,Dorothy D | Physical Abuse | Lewis,Jaylen | Ruled Out |

This investigation is now closed and there will be no further agency involvement with your family unless we receive another report of abuse or neglect, which, by law, we would need to investigate.

**How Findings are Determined.**

- A finding of "Ruled Out" means that, based on the available information, it was reasonable to conclude that the alleged abuse or neglect did not occur.

**How Certain Types of Abuse or Neglect are Defined.**

**Neglectful Supv.** includes the following acts or omissions by a person:

- placing a child in or failing to remove a child from a situation that a reasonable person would realize requires judgment or actions beyond the child's level of maturity, physical condition, or mental abilities and that results in bodily injury or a substantial risk of immediate harm to the child; or
- placing a child in or failing to remove the child from a situation in which the child would be exposed to a substantial risk of sexual conduct harmful to the child; or
- placing a child in or failing to remove the child from a situation in which the child would be exposed to acts or omissions that constitute abuse under Subdivision (1)(E), (F), (G), (H), or (K) committed against another child.

**Physical Abuse** includes the following acts or omissions by a person:

- physical injury that results in substantial harm to the child, or the genuine threat of substantial harm from physical injury to the child, including an injury that is at variance with the history or explanation given and excluding an accident or reasonable discipline by a parent, guardian, or managing or possessory conservator that does not expose the child to a substantial risk of harm; or
- failure to make a reasonable effort to prevent an action by another person that results in physical injury that results in substantial harm to the child; or

D.W ✓ 4. Abstain from the use of alcoholic beverages of any kind and further abstain from the use of any harmful substances, narcotic drugs, or other controlled substances in any form except as prescribed by a licensed physician for legitimate medical purposes.

D.W ✓ 5. Do not go on any premises where alcoholic beverages are served.

_____ 6. Participate in a program of electronic monitoring and comply with all rules and procedures of the program and pay all costs associated with the program.

D.W ✓ 7. Submit to urinalysis at the direction of the community supervision officer for the purpose of determining whether or not you are using or are under the influence of alcohol, narcotic drugs, marijuana, or any other controlled substances, and pay all costs of such tests at the time they are administered.

D.W ✓ 8. Do not enter into any agreement to act as an "informer" or special agent of any law enforcement agency.

D.W ✓ 9. Have no contact, either directly or indirectly, or cause any communication with the victim or any member of his/her household or family, furthermore you are prohibited from going within 200 yards of the residence or place of employment of any of the witnesses in this case. *No contact with anyone under the age of 18.*

D.W ✓ 10. Pay a bond supervision fee of $50.00 per month to the Community Supervision and Corrections Department.

D.W ✓ 11. Defendant shall report immediately to the Community Supervision and Corrections Department upon his/her release from jail.

D.W ✓ 12. **Defendant shall not come within 200 ft. of 401 West Front Street**

"I SWEAR & AFFIRM that I will appear before the _____ **JUDICIAL DISTRICT COURT** at the _____ County Courthouse in the District Courtroom, on the _____ day of _____, 20__ at ____ AM / PM or upon notice by this Court, or I agree to pay to the Court the Principal sum of $ 100,000 _____ plus all necessary and reasonable expenses incurred in any arrest for failure to appear."

NOW, if the said Defendant shall well and truly make his/her personal appearance before said Court at the time and place stated above, and there remain from day to day and term to term, until discharged by due course of law, then and there to answer the accusation and any all subsequent proceedings had relative to the charge against him/her, then this obligation shall become null and void; otherwise to remain in full force and effect.

WITNESS by my hand on this the 24th day of June, 20 13

_____
DEFENDANT'S SIGNATURE

SUBSCRIBED AND SWORN to before me on this the 24 day of June, 20 13.

_____
JUDGE PRESIDING
411 JUDICIAL DISTRICT COURT

The foregoing **PERSONAL APPEARANCE BOND** has been examined and approved on this the 24th day of June, 20 13.

*C. Barton / Sgt HCSO*
JAIL SIGNATURE / TITLE

The defendant has received a copy of these Conditions of Bond and they have been thoroughly reviewed and explained and the defendant agrees to abide by all conditions as set forth by his/her signature below.

_____          _____
DEFENDANT                                COMMUNITY SUPERVISION OFFICER

STATE OF TEXAS

VS.

_Dwight Wolf_

§
§
§

IN THE _411_ TH DISTRICT COURT

OF

_Trinity_ COUNTY, TX

## PERSONAL APPEARANCE BOND

OFFENSE: _Agg Sexual Assault_ CAUSE NO: _____ ATTORNEY: _____

DEFENDANT _Dwight Wolf_

ADDRESS: _1140 fifth Street_

_Trinity. TX. 75862_

DOB: _4/13/1966_ PHONE: _713-878-3084_ SSN: _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_

HGT: _6'05"_ WGT: _289_ HAIR: _BIK_ EYES: _BRO_

DRIVERS LICENSE: _14037227_ STATE: _TX_ PLACE OF BIRTH: _____

EMPLOYER: _N/A_

EMPLOYER ADDRESS: _____

EMPLOYER PHONE: _____ SUPERVISOR: _____

NEAREST RELATIVE: _Dorthy Wolf_

ADDRESS: _401 WEST FRONT STREET_

RELATIONSHIP: _WIFE_ PHONE: _936-642-0941_

### LIST TWO OTHER PERSONS WHO WILL KNOW WHERE & HOW TO LOCATE YOU.

NAME: _Ms Marie_ RELATIONSHIP: _Friend_

ADDRESS: _1139 Crenshaw_ PHONE: _979 525-9190_

_Hempstead TX_

NAME: _Ce/o Wolf_ RELATIONSHIP: _mother_

ADDRESS: _1624 Rice_ PHONE: _979 826-9863_

_Hempstead TX_

KNOW ALL MEN BY THESE PRESENTS, That I, _Dwight Wolf_, as Principal, acknowledge myself to owe and be indebted to the STATE OF TEXAS, COUNTY OF _Trinity_, the sum of $_100,000_ Dollars, and in addition thereto, I am bound for the payment of all reasonable fees and expenses that may be incurred by sheriffs or peace officers in re-arresting principal in the event the conditions of this bond are violated. For the payment of which sum or sums, which are payable to the State of Texas, I hereby bind myself, my heirs, executors, and administrators.

I SWEAR AND AFFIRM that while released on this personal appearance bond I will faithfully abide by the conditions set forth below and I understand that a violation or any of these or any other conditions as set forth by this Court, will result in revocation of this bond and my re-arrest.

### BOND CONDITIONS:

✓ 1. _D W_ Report to the Community Supervision and Corrections department once each _~~week~~ / 2x_ month, as directed by the Community Supervision Officer.

✓ 2. _D W_ Commit no offense against the laws of the State of Texas, any other State, or the United States.

_____ 3. Observe a curfew and remain in your residence between the hours of _____ PM and _____ AM.



TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES

COMMISSIONER
John J. Specia, Jr.

Dwight Arnold Wolf
1940 2ND ST
HEMPSTEAD, TX 77445-7035

Mailing Date: 12/19/2012

Re: Case# 42554984; Notice of Findings of CPS investigation

Dear Dwight Arnold Wolf :

The Department of Family and Protective Services (DFPS) has completed its investigation of alleged abuse or neglect reported on 11/21/2012 involving one or more children in your family and made the following findings:

| Alleged Perpetrator | Alleged Type of Abuse or Neglect | Alleged Victim | Finding |
|---|---|---|---|
| White,Dorothy D | Neglectful Supv. | Atkins,Sudia A | Ruled Out |
| Wolf,Dwight A | Physical Abuse | Atkins,Sudia A | Ruled Out |
| White,Dorothy D | Physical Abuse | Lewis,Jaylen | Ruled Out |

This investigation is now closed and there will be no further agency involvement with your family unless we receive another report of abuse or neglect, which, by law, we would need to investigate.

**How Findings are Determined.**

- A finding of "**Ruled Out**" means that, based on the available information, it was reasonable to conclude that the alleged abuse or neglect did not occur.

**How Certain Types of Abuse or Neglect are Defined.**

**Neglectful Supv.** includes the following acts or omissions by a person:

- placing a child in or failing to remove a child from a situation that a reasonable person would realize requires judgment or actions beyond the child's level of maturity, physical condition, or mental abilities and that results in bodily injury or a substantial risk of immediate harm to the child; or
- placing a child in or failing to remove the child from a situation in which the child would be exposed to a substantial risk of sexual conduct harmful to the child; or
- placing a child in or failing to remove the child from a situation in which the child would be exposed to acts or omissions that constitute abuse under Subdivision (1)(E), (F), (G), (H), or (K) committed against another child.

**Physical Abuse** includes the following acts or omissions by a person:

- physical injury that results in substantial harm to the child, or the genuine threat of substantial harm from physical injury to the child, including an injury that is at variance with the history or explanation given and excluding an accident or reasonable discipline by a parent, guardian, or managing or possessory conservator that does not expose the child to a substantial risk of harm; or
- failure to make a reasonable effort to prevent an action by another person that results in physical injury that results in substantial harm to the child; or



# TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES

COMMISSIONER
John J. Specia, Jr.

Dwight Arnold Wolf
1940 2ND ST
HEMPSTEAD, TX 77445-7035

Mailing Date: 12/19/2012

Re: Case# 42554984; Notice of Findings of CPS investigation

Dear Dwight Arnold Wolf:

The Department of Family and Protective Services (DFPS) has completed its investigation of alleged abuse or neglect reported on 11/21/2012, involving one or more children in your family and made the following findings:

| Alleged Perpetrator | Alleged Type of Abuse or Neglect | Alleged Victim | Finding |
|---|---|---|---|
| White, Dorothy D | Neglectful Supv. | Atkins, Sudia A | Ruled Out |
| Wolf, Dwight A | Physical Abuse | Atkins, Sudia A | Ruled Out |
| White, Dorothy D | Physical Abuse | Lewis, Jaylen | Ruled Out |

This investigation is now closed and there will be no further agency involvement with your family unless we receive another report of abuse or neglect, which, by law, we would need to investigate.

## How Findings are Determined

- A finding of "Ruled Out" means that, based on the available information, it was reasonable to conclude that the alleged abuse or neglect did not occur.

## How Certain Types of Abuse or Neglect are Defined

**Neglectful Supv.** includes the following acts or omissions by a person:

- placing a child in or failing to remove a child from a situation that a reasonable person would realize requires judgment or actions beyond the child's level of maturity, physical condition, or mental abilities and that results in bodily injury or a substantial risk of immediate harm to the child; or
- placing a child in or failing to remove the child from a situation in which the child would be exposed to a substantial risk of sexual conduct harmful to the child; or
- placing a child in or failing to remove the child from a situation in which the child would be exposed to acts or omissions that constitute abuse under Subdivision (1)(E), (F), (G), (H), or (K) committed against another child.

**Physical Abuse** includes the following acts or omissions by a person:

- physical injury that results in substantial harm to the child, or the genuine threat of substantial harm from physical injury to the child, including an injury that is at variance with the history or explanation given and excluding an accident or reasonable discipline by a parent, guardian, or managing or possessory conservator that does not expose the child to a substantial risk of harm; or
- failure to make a reasonable effort to prevent an action by another person that results in physical injury that results in substantial harm to the child; or

# Request For Removal Of Role Information

Role Removal Unit, Y-960
Texas Department of Family and Protective Services (DFPS)
PO BOX 149030
AUSTIN TX 78714-9030

For status inquiries please call 512-929-6470. Please allow sufficient time for mail delivery before seeking status.

An individual alleged to have committed abuse or neglect of a child is entitled to request removal of information from DFPS records concerning that person's role as an alleged perpetrator in an investigation conducted by CPS if all of the allegations against that individual in that investigation are ruled out. To request removal of role information relating to the following investigation, you must complete and sign this form and return it to DFPS at the above address within forty-five (45) days after the date on the accompanying letter. If your minor child was the alleged perpetrator in this investigation, you may make this request on your child's behalf.

## In Regard to the Investigation That is Subject to Role Removal

| Date of Report | Case Name | Case Number |
|---|---|---|
| 11/21/2012 | White,Dorothy D | 42554984 |

Specific Allegations that were investigated and "ruled out":

| Alleged Perpetrator Name | Type of Abuse or Neglect | Alleged Victim Name | Disposition |
|---|---|---|---|
| Wolf,Dwight A | Physical Abuse | Atkins,Sudia A | Ruled Out |

### To be completed by the person requesting removal of role information:

| Name | Area Code and Telephone Number |
|---|---|
| Mailing Address (Street or P.O. Box, City, State, Zip) | |
| Name of child if parent or guardian is making this request on behalf of a minor child | |

### Important Information About Your Rights

Upon receipt of a properly submitted request for removal of role information, DFPS will initiate procedures to remove information from department records about the alleged perpetrator's role in the abuse or neglect report identified. Once this role information is removed from our records, IT WILL BE DESTROYED AND WILL NOT BE AVAILABLE TO YOU. If, for any reason, you wish to prove that someone falsely reported you for abuse or neglects, our records would no longer reflect the fact that this report against you was made and ruled out.

**NOTE: THE FACT THAT YOUR ROLE AS AN ALLEGED PERPETRATOR IN THIS <u>PARTICULAR</u> INVESTIGATION HAS BEEN RULED OUT OR THAT YOU REQUEST REMOVAL OF THIS ROLE INFORMATION DOES NOT PRECLUDE FURTHER INVOLVEMENT WITH YOUR FAMILY BY DFPS, INCLUDING THE PROVISION OF SERVICES, COURT INVOLVEMENT, OR EVEN TERMINATION OF PARENTAL RIGHTS.**

Because this decision may have important consequences, you may wish to consult a private attorney for legal advice as to whether you should request the above role information to be removed from DFPS records.

| I have read the foregoing information about my rights and have made the decision to request that information about my role as an alleged perpetrator in this investigation be removed from DFPS records. |
|---|

| Signature of person requesting removal of role information | Date Signed |
|---|---|

My is Dwight Wolf and Re WR-82-31901-1 Received on nov 10-2014 in Huntsville Unit Id C 1920931 at the Wall in Huntsville Texas this 815-12TH Street Huntsville TX 77342 I send a cop to the District Clerk 411TH judical District Trinity county Texas 75845 and i send one to the D A at the Trinity county courthouse Growton Texas 75845 to the 258TH judical District in Growton Texas 75845 and one to the judge Kaylel Jones all in Trinity Texas. and one to the court of criminal Appeals at this P O Box 12308 Austin Texas 78711 And they wright me Back sid that the Laws Received and give me a Re-82,719-01 with a card with my unit number and my J d c d Number 1920931 on the card and the Received date Nov 10-2014 And then the District Attorey write me a letter said that they did recive any of my papers work so i had my wife to send it to Them again and that was on Dec 10-2014 and i have all CPS and i have not seeing my Ex wife sent 2007 Sep 10-2011 i Move to Hempstead Texas and i take everything that i had in Trinty court and CPS Ruled out ever case that they had aginy and am sending you some of the paper work. If you need some more i have them with and my Wife has some cops and you con call her at this number 979-826-9392 or 979-525-8381 ask for Maria. Then you con call Mrs Dorty Jane and she can tell you were i was at that time her number 979-826 and My Ex wife brouth them kids to churd every week ead 0283 am staying in Hempstead about 200 mi away and sometime HER and the Kids would stay at My House in Hempstead

and go Back the Next Morning to go to school
they wood live about 2:30 an 3:0 0 AM
and you can call the Parston of the Church,
and He will tell you the samething and His
Number 979-875-3357 E. J. Alford and i can give
you some more name if you need them

May god Bless you and your family

And Have very Nice day

And just Recive this 4-10-20015 Letter from you abel a costa clerk

Lawrence E. Meyers
cheryl johnson
Mike Keasler
Barbara P Hervey
Elsa Alcala
Kevin P yeary
Bert Richardson
David Newell
judges

and Here is the old Letter